DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

REGINALD A. WALKER,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Appellee.

No. 2D2025-1475

_____

July 1, 2026

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Reginald A. Walker, pro se.

James Uthmeier, Attorney General, Tallahassee, and Veronica Burianek, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.